June 6, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RANDI GOLDBERG, Appellant

NO. 14-11-01091-CV              V.

TRACY ZINN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Tracy Zinn, signed October 24, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Randi Goldberg, to pay all costs incurred in this appeal. We further order this decision certified below for observance.